IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-03102-02-CR-S-BP |
| | ) | |
| JEFFREY BENNETT, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On September 30, 2024, the Honorable David P. Rush, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to a lesser included offense of Count One of the Indictment. (Doc. 66.) There has been no objection to Judge Rush's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation, (Doc. 66); Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: March 3, 2025 UNITED STATES DISTRICT COURT